548·

sistant Attorney General Rugg, and Messrs. Whitney North Seymour, H. Brian Holland, and Wm. H. Riley, Jr., for the United States.

No. 643. PHILIPSBORN v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Court of Claims denied. Mr. Clarence N. Goodwin for petitioner. Solicitor General Thacher, Assistant Attorney General Rugg, and Messrs. Whitney North Seymour, Bradley B. Gilman, and Wm. H. Riley, Jr., for the United States.

No. 645. F. COUTHOUI, INC. v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Court of Claims denied. Messrs. Charles H. LeFevre and Howard S. LeRoy for petitioner. Solicitor General Thacher, Assistant Attorney General Rugg, and Messrs. Claude R. Branch, H. Brian Holland, and Wm. H. Riley, Jr., for the United States.

No. 656. ARMY & NAVY CLUB v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Court of Claims denied. Messrs. Benjamin B. Pettus, E. F. Colladay, and George W. Burleigh for petitioner. Solicitor General Thacher, Assistant Attorney General Rugg, and Messrs. Claude R. Branch, Fred K. Dyar, H. Brian Holland, and Wm. H. Riley, Jr., for the United States.

No. 668. LINCOLN BANK & TRUST CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Ap-